UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re ROBERTO DURAND,<br><br>　　　　　Plaintiff, | Case No.: 3:23-cv-00202-MMD-CSD<br><br>**ORDER**<br><br>(ECF Nos. 3, 4, 5) |

On May 11, 2023, pro se plaintiff Roberto Durand, an inmate in the custody of the Nevada Department of Corrections, submitted a document titled "Order to Round Up Cases." (ECF No. 1-1). Thereafter, Plaintiff filed two applications to proceed *in forma pauperis* (ECF Nos. 3, 5) and a motion titled "Order to Round Up Cases." (ECF No. 4).

Federal Rule of Civil Procedure 3 provides that "[a] civil action is commenced by filing a complaint with the court." Neither of Plaintiff's documents titled "Order to Round Up Cases" is a complaint. Rather, these documents ask the Court to schedule settlement discussions for Plaintiff's other pending lawsuits. Moreover, Plaintiff's applications to proceed *in forma pauperis* are not complete because **Plaintiff did not include an inmate trust fund account statement for the previous six-month period with either application**.

The United States District Court for the District of Nevada must collect filing fees from parties initiating civil actions. 28 U.S.C. § 1914(a). The fee for filing a civil-rights action is $402, which includes the $350 filing fee and the $52 administrative fee. *See* 28 U.S.C. § 1914(b). "Any person who is unable to prepay the fees in a civil case may apply to the court for leave to proceed *in forma pauperis*." Nev. Loc. R. Prac. LSR 1-1. For an inmate to apply for *in forma pauperis* status, the inmate must submit **all three** of the following documents to the Court: (1) a completed **Application to Proceed *in Forma Pauperis* for Inmate**, which is pages 1–3 of the Court's approved form, that is properly signed by the inmate twice on page 3; (2) a completed **Financial Certificate**, which is page 4 of the Court's approved form, that is properly signed by both the inmate and a prison or jail official; and (3) a copy of the **inmate's prison or jail trust fund account**

**statement for the previous six-month period**. *See* 28 U.S.C. § 1915(a)(1)–(2); Nev. Loc. R. Prac. LSR 1-2. *In forma pauperis* status does not relieve an inmate of his or her obligation to pay the filing fee, it just means that the inmate can pay the fee in installments. *See* 28 U.S.C. § 1915(b).

It is therefore ordered that **on or before August 4, 2023**, Plaintiff will submit a complaint to this Court.

It is further ordered that the applications to proceed *in forma pauperis* (ECF Nos. 3, 5) are denied without prejudice.

It is further ordered that the motion to round up cases (ECF No. 4) is denied.

It is further ordered that Plaintiff has **until August 4, 2023**, to either pay the full $402 filing fee or file a new fully complete application to proceed *in forma pauperis* with all three required documents: (1) a completed application with the inmate's two signatures on page 3, (2) a completed financial certificate that is signed both by the inmate and the prison or jail official, and (3) a copy of the inmate's trust fund account statement for the previous six-month period.

Plaintiff is cautioned that this action will be subject to dismissal without prejudice if Plaintiff fails to timely comply with this order. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number, when Plaintiff can file a complaint and a complete application to proceed *in forma pauperis* or pay the required filing fee.

The Clerk of the Court is directed to send Plaintiff Roberto Durand the approved form for filing a 42 U.S.C. § 1983 complaint and instructions for the same, a copy of his initiating document (ECF No. 1-1), and the approved form application to proceed *in forma pauperis* for an inmate and instructions for the same.

DATED THIS 5th day of June 2023.



UNITED STATES MAGISTRATE JUDGE